Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SHANNON ANDERSEN,

    Plaintiff,

v.

NATIONAL ASSOCIATION OF LETTER CARRIERS, a labor organization, and NATIONAL ASSOCIATION OF LETTER CARRIERS, BRANCH 79, a labor organization, and UNITED STATES POSTAL SERVICE, and LOUIS DEJOY, POSTMASTER OF THE UNITED STATES,

    Defendants.

CASE NO. 2:20-cv-01678-RSM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Shannon Andersen and Defendants National Association of Letter Carriers and National Association of Letter Carriers, Branch 79, through their undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice and that each party shall bear its own costs, expenses and attorney's fees in connection with this action.

STIPULATION OF UNION DEFENDANTS
AND PLAINTIFF AND ORDER OF
DISMISSAL-3

PATRICIA S. ROSE
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: (206) 622-8964
Fax: (206) 694-2695
Email: patty@pattyroselaw.com

9759809.1

Dated: November 20, 2021

By: *[signature: Patricia S. Rose]*

Patricia S. Rose, WSBA #19046
LAW OFFICE OF PATRICIA S. ROSE
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Telephone: (206) 622-8964
Facsimile: (206) 694-2695
patty@pattyroselaw.com

*Counsel for Plaintiff*

By: *[signature]*

Kate M. Swearengen
Cohen, Weiss and Simon LLP
900 Third Avenue, Suite 2100
New York, New York 10022-4869
Telephone: (212) 563-4100
Facsimile: (646) 473-8272
kswearengen@cwsny.com
*Counsel for NALC and NALC Branch 79*

By: *[signature: Benjamin Berger]*

Benjamin Berger
BARNARD, IGLITZIN & LAVIT, LLP
18 W. Mercer Street, Suite 400
Seattle, WA 98119
Berger@workerlaw.com
*Counsel for NALC and NALC Branch 79*

STIPULATION OF UNION DEFENDANTS
AND PLAINTIFF AND ORDER OF
DISMISSAL-3

**PATRICIA S. ROSE**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: (206) 622-8964
Fax: (206) 694-2695
Email: patty@pattyroselaw.com

## ORDER

The Court, having reviewed the above stipulation of the identified parties, and being fully advised in the premises, and pursuant to the above stipulation, does order the dismissal of the Defendant NALC and Branch 79 of the NALC, also known as the "Union Defendants" from this cause.

Dated: ___December 6___, 2021

_____
Ricardo S. Martinez
United States District Judge

STIPULATION OF UNION DEFENDANTS
AND PLAINTIFF AND ORDER OF
DISMISSAL-3

PATRICIA S. ROSE
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: (206) 622-8964
Fax: (206) 694-2695
Email: patty@pattyroselaw.com