The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANNON ANDERSEN,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE and
LOUIS DEJOY, Postmaster of the United
States,

Defendants.

Case No. 2:20-cv-1678-RSM

STIPULATION FOR ORDER OF
DISMISSAL WITH PREJUDICE

NOTED FOR CONSIDERATION:
April 25, 2022

The parties, by and through their undersigned counsel, hereby stipulate and agree as

follows: This matter is resolved between Plaintiff Shannon Andersen and Defendants United

States Postal Service and Louis DeJoy, Postmaster of the United States, and may be dismissed

with prejudice and without costs or fees to either party.

DATED this 25th day of April  2022.

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE
2:20-cv-1678-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

By:

2

*s/Patricia S. Rose*
PATRICIA S. ROSE, WSBA # 19046

3

1455 NW Leary Way, Suite 400
Seattle, WA 98107

4

Phone: 206-622-8964
Fax: 206-694-2695

5

E-mail: patty@pattyroselaw.com

6

*Attorney for Plaintiff*

7

8

9

10

By:

NICHOLAS W. BROWN
United States Attorney

*s/ James C. Strong*
JAMES C. STRONG, WSBA # 59151
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: james.strong@usdoj.gov

*Attorney for Defendant Louis DeJoy*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE
2:20-cv-1678-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## ORDER

2
    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4
    IT IS ORDERED that the case is dismissed with prejudice and without costs or

fees for either party.

5

6
    DATED this 26th day of April, 2022.

7

8

9
    RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE
2:20-cv-1678-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970